UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COREY HAMBRICK** | * | **CIVIL ACTION NO. 2:17-CV-00062** |
| v. | * | |
| | * | **UNASSIGNED DISTRICT JUDGE** |
| **SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, ET AL.** | * | |
| | * | **MAGISTRATE JUDGE KAY** |

*************************************************************************

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 23) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objections (Rec. Doc. 24), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Remand (Rec. Doc. 9) is hereby **DENIED**.

Shreveport, Louisiana, this 24 day of February, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1